UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. (as successor-in-interest to Lever Brothers Company),<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY (as successor-in-interest to Aetna Casualty & Surety Company) and TRAVELERS INDEMNITY COMPANY,<br><br>Defendants. | Civil Action No.: 07 CIV 6085 (KMK)<br><br>Honorable Kenneth M. Karas, U.S.D.J.<br>United States District Judge<br><br>RULE 7.1 DISCLOSURE STATEMENT<br><br>[Document Electronically Filed] |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants The Travelers Indemnity Company and Travelers Casualty and Surety Company certify that the following are corporate parents and affiliates of said parties, which are publicly held.

      The Travelers Indemnity Company is a subsidiary of Travelers Insurance Group Holdings, Inc., which is a subsidiary of Travelers Property Casualty Corporation, which is a subsidiary of The Travelers Companies, Inc., a publicly traded company.

      Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company, is a subsidiary of Travelers Insurance Group Holdings, Inc., which is a subsidiary of Travelers Property Casualty Corporation, which is a subsidiary of The Travelers Companies, Inc., a publicly traded company.

494873_1

By:   s/ Robert W. Mauriello, Jr.
    Robert W. Mauriello, Jr. (RM-0850)
    GRAHAM CURTIN, P.A.
    4 Headquarters Plaza
    P.O. Box 1991
    Morristown, New Jersey 07962-1991
    (973) 292-1700

    Attorneys for Defendants
    The Travelers Indemnity Company
    Travelers Casualty and Surety Company

Dated: October 26, 2007

494873_1