**LOWENSTEIN SANDLER PC**
Attorneys At Law
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212.262.6700
Attorneys for Plaintiff,
Conopco, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. (as successor-in-interest to Lever Brothers Company),<br><br>Plaintiff,<br><br>-v-<br><br>TRAVELERS CASUALTY & SURETY COMPANY (as successor-in-interest to Aetna Casualty & Surety Company) and TRAVELERS INDEMNITY COMPANY,<br><br>Defendants. | Civil Action No.: 07 CIV 6085 (RJS)<br><br>Honorable Richard J. Sullivan, U.S.D.J.<br><br>**CERTIFICATE OF SERVICE**<br><br>[Document Filed Electronically] |

I, **JEFFREY L. SCHULMAN,** of full age, hereby certify as follows:

On November 19, 2007, I caused a copy of Plaintiff's Answer to the Counterclaim of Defendant and Affirmative Defenses, and this Certificate of Service to be filed with the Clerk via the Court's ECF service and served on counsel listed below via electronic mail:

> Robert W. Mauriello, Jr.
> Graham Curtin, P.A.
> 4 Headquarters Plaza
> P.O. Box 1991
> Morristown, New Jersey 07962
> rmauriello@grahamcurtin.com

I hereby certify that the foregoing factual statements are true. I am aware that if any of

the foregoing factual statements are willfully false, I am subject to punishment.

**LOWENSTEIN SANDLER** PC
Attorneys for Plaintiff,
Conopco, Inc. (as successor-in-interest to
Lever Brothers Company)

By: _____
Jeffrey L. Schulman (JS-5739)
