Jeffrey L. Schulman (JS-5739)
**LOWENSTEIN SANDLER** PC
Attorneys At Law
1251 Avenue of the Americas
18th Floor
New York, New York 10020-1104
212-262-6700
-and-
65 Livingston Avenue
Roseland, New Jersey 07068-1791
Attorneys for Plaintiff
   Conopco, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. (as successor-in-interest to Lever Brothers Company),<br><br>Plaintiff,<br><br>-v-<br><br>TRAVELERS CASUALTY & SURETY COMPANY (as successor-in-interest to Aetna Casualty & Surety Company) and TRAVELERS INDEMNITY COMPANY,<br><br>Defendants. | Civil Action No.: 07-<br><br><br>**RULE 7.1**<br><br>**DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Conopco, Inc., a non-governmental corporate party, hereby states that its parent corporation is Unilever Group and that Unilever Group, a publicly held corporation, owns 100% of its stock.

**LOWENSTEIN SANDLER** PC
Attorneys for Plaintiff
   Conopco, Inc.

By: _____
   Jeffrey L. Schulman (JS-5739)

Dated:  June 27, 2007

C1102/10
06/27/2007 2186979.01