UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Conopco, Inc.,                                           07 Civil 6085 (RJS)

        Plaintiff,

        -v-

Travelers Casualty & Surety Co.,

        Defendants.

------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To:     Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Jeffrey L. Schulman

☑     Attorney

    ☐     I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JS·5739

    ☐     I am a Pro Hac Vice attorney

    ☐     I am a Government Agency attorney

☑     Law Firm/Government Agency Association

    From:  Lipsig Shapey Manus & Moverman

    To:    Lowenstein Sandler, P.C.

    ☑     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑     Address:           65 Livingston Avenue, Roseland, NJ  07068
☑     Telephone Number:  973-597-2500
☑     Fax Number:        973-597-2333
☑     E-Mail Address:    jschulman@lowenstein.com

Dated: December 14, 2007

C1102/15
12/14/2007 4119313.1