

**ATTORNEYS AT LAW**

**Jeffrey L. Schulman**
Counsel
Tel 973 597 2332
Fax 973 597 2333
jschulman@lowenstein.com

January 25, 2008

VIA ECF

The Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **Conopco, Inc. v. Travelers Casualty and Surety Co., et al.**
             **Docket No. 07-CV-06085 (RJS)**

Dear Judge Sullivan:

This firm represents the Plaintiff, Conopco, Inc., in the above-referenced action. At the initial conference before Your Honor on December 13, 2007, counsel for the Defendant represented that settlement documents were being prepared and would be transmitted to counsel for the Plaintiff shortly. Your Honor directed Travelers to provide those settlement documents by January 4, 2008, a date by which Travelers' counsel anticipated being able to do so. However, on January 8, 2008, we received only a portion of the settlement documents, addressing only the issue of missing policies. This draft was totally unacceptable to Plaintiff, in part because Travelers added a new, very onerous provision that Travelers had not included in prior drafts of this agreement. To date, Travelers has not provided a draft of the settlement agreement itself, notwithstanding its assurance that such a draft would be forthcoming during the week of January 14, 2008.

Although Plaintiff believes that Travelers' counsel is making good faith efforts to produce timely drafts and to offer settlement terms that have a fighting chance of resolving this matter, it is now clear that the parties are much further apart on settlement than we believed at the time of the initial conference. While Plaintiff remains willing to continue the settlement process such that it is, we believe that this litigation should move forward will all appropriate speed. Accordingly, Plaintiff respectfully requests this Court's permission to file a motion for partial summary judgment on the issues of missing policies and the number of occurrences the underlying asbestos claims constitute under those policies.

Respectfully submitted,

Jeffrey L. Schulman

Lowenstein Sandler PC                                             www.lowenstein.com

Reply:   65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
         1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402

The Honorable Richard J. Sullivan, U.S.D.J.  January 25, 2008
Page 2

JLS:js

C1102/18
01/25/08 4603052.2

cc:   Robert W. Mauriello, Jr., Esq. (via ECF)

