# Lowenstein Sandler
ATTORNEYS AT LAW

**MEMO ENDORSED**

Jeffrey L. Schulman
Counsel
Tel  973 597 2332
Fax  973 597 2333
jschulman@lowenstein.com

February 15, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

VIA EMAIL

The Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

Re:   Conopco, Inc. v. Travelers Casualty and Surety Co., et al.
      Docket No. 07-CV-06085 (RJS)

Dear Judge Sullivan:

This firm represents the Plaintiff, Conopco, Inc., in the above-referenced action.

This correspondence will confirm that the parties to this matter have been and continue to make significant progress towards a resolution of this dispute. As such, counsel for all parties have agreed to further extend the time by which to exchange initial disclosures in order that our resources can remain focused on reaching a settlement. Accordingly, we request the Court's permission for a three-week adjournment of the time to exchange initial disclosures.

Thank you for your consideration of this matter.

Respectfully submitted,

Jeffrey L. Schulman

JLS:js

C 110218
02-15-08 5024301 1

SO ORDERED
Dated: 2/19/08

RICHARD J. SULLIVAN
U S D J

cc:   Robert W. Mauriello, Jr., Esq. (via email)

Lowenstein Sandler PC                                                                              www.lowenstein.com

Reply   65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
        1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402