MEMO ENDORSED

# Lowenstein Sandler

ATTORNEYS AT LAW

Jeffrey L. Schulman
Counsel

Tel 973 597 2332
Fax 973 597 2333

jschulman@lowenstein.com

April 4, 2008

**VIA EMAIL AND FIRST CLASS MAIL**

The Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/08

**Re: Conopco, Inc. v. Travelers Casualty and Surety Co., et al.**
**Docket No. 07-CV-06085 (RJS)**

Dear Judge Sullivan:

This firm represents the Plaintiff, Conopco, Inc., in the above-referenced action.

As we have previously reported, the parties to this matter have made significant progress toward the global resolution of this dispute. In order to permit the parties to focus their exclusive attention on the successful conclusion of the settlement process, the parties jointly request that discovery be stayed for a period of 90 days.

Respectfully submitted,

Jeffrey L. Schulman

JLS:js

C1102/18
04/04/08 5733677.1

cc:    Robert W. Mauriello, Jr., Esq. (via email)
       Charles H. Miller, Esq. (via email)

Discovery is hereby stayed for a period of 45 days. The parties shall submit a joint status letter by May 16, 2008 outlining the status of the settlement and whether further time is needed to resolve the case.

SO ORDERED,
Dated: 4/4/08
RICHARD J. SULLIVAN
U.S.D.J.

Lowenstein Sandler PC                                                 www.lowenstein.com

Reply    65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
         1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402