

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/22/08

Jeffrey L. Schulman
Counsel

Tel 973 597 2332
Fax 973 597 2333

jschulman@lowenstein.com

May 16, 2008

**MEMO ENDORSED**

VIA EMAIL AND FIRST CLASS MAIL

The Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Conopco, Inc. v. Travelers Casualty and Surety Co., et al.
Docket No. 07-CV-06085 (RJS)

Dear Judge Sullivan:

This firm represents the Plaintiff, Conopco, Inc. in the above-referenced action.

Pursuant to the directive set forth in this Court's Order of April 4, 2008, please allow this correspondence to serve as a jointly-submitted status report with respect to this action. Consistent with the prior representations of the parties, we continue making significant progress toward the global resolution of this dispute. As such, the parties jointly request that discovery be stayed for an additional 90-day period.

Respectfully submitted,

Jeffrey L. Schulman

JLS:js

C1102/18
05/16/08 6809189.1

cc:  Robert W. Mauriello, Jr., Esq. (via email)
     Charles H. Miller, Esq. (via email)

> The Court shall hold a telephone conference in this matter on MAY 27, 2008 at 11:30 AM. Once all parties are on the line, please call Chambers at (212) 805-0264.
>
> SO ORDERED
> Dated: 5/20/08
> RICHARD J. SULLIVAN
> U.S.D.J.

Lowenstein Sandler PC                                           www.lowenstein.com

Reply: 65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
       1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402