UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

CONOPCO, INC.,

                Plaintiff,

-v-

TRAVELERS CASUALTY & SURETY CO., *et al.*,

                Defendants.

No. 07 Civ. 6085 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the telephone conference on May 27, 2008, the Court adopted the following schedule:

    Discovery is hereby stayed until July 30, 2008. On or before July 30, 2008, the parties shall submit a joint status letter to Chambers indicating the status of settlement negotiations.

SO ORDERED.

DATED:    May 27, 2008
               New York, New York

                                                 RICHARD J. SULLIVAN
                                                 UNITED STATES DISTRICT JUDGE