UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/11/08_
```

---

CONOPCO, INC.,

                              Plaintiff,

        -v-

TRAVELERS CASUALTY & SURETY CO., *et al.*,

                              Defendants.

No. 07 Civ. 6085 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

On May 27, 2008, the Court issued an order staying discovery in this matter and directing the parties to submit a joint letter on or before July 30, 2008, indicating the status of settlement negotiations. Accordingly, the conference previously scheduled for Thursday, July 17, 2008 is adjourned without date, pending submission of the parties' joint letter.

SO ORDERED.

DATED:    July 10, 2008
          New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE