UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CONOPCO, INC.,

                Plaintiff,

-v-

TRAVELERS CASUALTY & SURETY CO., *et al.*,

                Defendants.

No. 07 Civ. 6085 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of plaintiff's letter, dated July 30, 2008, requesting additional time for the parties to effectuate a settlement.

The parties shall appear for a conference on September 12, 2008 at 3PM in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York 10007.

On or before September 2, 2008, the parties shall submit either a stipulation of dismissal of this action, or a joint status letter addressing the status of settlement efforts.

SO ORDERED.

DATED:    August 4, 2008
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE