UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. (as successor-in-interest to Lever Brothers Company),<br><br>Plaintiff,<br><br>-v-<br><br>TRAVELERS CASUALTY and SURETY COMPANY (as successor-in-interest to Aetna Casualty and Surety Company) and The TRAVELERS INDEMNITY COMPANY,<br><br>Defendants. | Civil Action No.: 07 CIV 6085 (RJS)<br><br>Honorable Richard J. Sullivan, U.S.D.J.<br><br>STIPULATION OF DISMISSAL<br><br>[Document Filed Electronically] |

**IT IS HEREBY STIPULATED AND AGREED** amongst the parties, through their respective counsel of record, and subject to the Court's approval as follows:

1. The above-captioned action shall be dismissed in its entirety, including all claims and counterclaims, without prejudice; and

2. Each party shall bear its own costs and attorneys fees.

Dated: September 9, 2008

**LOWENSTEIN SANDLER PC**
Attorneys for Plaintiff

_____
Michael David Lichtenstein

**GRAHAM CURTIN, P.A.**
Attorneys for all Defendants

_____
Robert W. Mauriello, Jr.

C1102/18
09/09/2008 2257464.01

Stip of Dismissal