UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CONOPCO, INC.,

                Plaintiff,

-v-

TRAVELERS CASUALTY & SURETY CO., *et al.*,

                Defendants.

No. 07 Civ. 6085 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Pursuant to the stipulation of the parties, filed on September 10, 2008, this action is dismissed without prejudice. This Order supercedes the Court's order of September 3, 2008.

SO ORDERED.

DATED:    New York, New York
              September 10, 2008

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE